UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>                    Plaintiff,<br><br>         v.<br><br>TRIDENT SEAFOOD CO.,<br><br>                    Defendant. | CASE NO. C20-1583 MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL |

*Pro se* Plaintiff Travis Glenn moves for appointed counsel in this civil action. (Dkt. No. 7.) Having reviewed the Motion and the related record, the Court GRANTS the Motion.

In considering a motion to appoint counsel, the Court must evaluate both "the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986) (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983)).

In this case, the Court finds that counsel is appropriate at this stage of the proceeding because Plaintiff's allegations are significant and, if proven, would establish pervasive harassment and discrimination. The Court also finds that the legal issues involved are complex

ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL - 1

1 and that conducting discovery against an out-of-state former employer, that may be antagonistic, and proving the elements of a Title VII action will require significant skill. The Court therefore **GRANTS** Plaintiff's motion and refers this matter to Pro Bono Panel to represent Plaintiff. After that, the Court will issue an order appointing the attorney.

**IT IS SO ORDERED**.

Dated December 7, 2020.

Marsha J. Pechman
United States Senior District Judge