UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN, | CASE NO. C20-1583 MJP |
| Plaintiff, | ORDER OF APPOINTMENT OF COUNSEL |
| v. | |
| TRIDENT SEAFOOD CO., | |
| Defendant. | |

The Court hereby appoints Allen McKenzie with the law firm Kram & Wooster, P.S., 1901 South I. Street, Tacoma, WA 98405, as counsel for Plaintiff pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants."

Counsel is directed to file a Notice of Appearance within ten (10) calendar days. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the Court.

1       In the event plaintiff prevails, appointed counsel may move for an award of attorney's
2 fees under any applicable authority. The Court is unable to assure counsel of compensation from
3 any other source, however.

4

5       The clerk is ordered to provide copies of this order to Plaintiff, Mr. McKenzie, and all
6 other counsel.

7       Dated December 8, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge