UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>PLAINTIFF,<br><br>v.<br><br>TRIDENT SEAFOOD COMPANY,<br><br>DEFENDANT | STIPULATED MOTION AND PROPOSED ORDER AMENDING COMPLAINT<br><br>CASE NO: 2:20-cv-01583-MJP<br><br>NOTE ON MOTION CALENDAR:<br>March 31, 2021 |

## STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7(d)(1), Plaintiff Travis Glenn by and through undersigned counsel respectfully requests that the Court grant leave to file an Amended Complaint. A copy of the proposed Amended Complaint striking the text to be deleted and underlining the text to be added is attached hereto, as required by Local Civil Rule 15. A courtesy copy of the proposed Amended Complaint without legal blackline is also attached. Counsel for the Defendant has consented to the proposed Amended Complaint in writing. Stipulated motions shall be noted for consideration for the day they are filed. LCR 7(d)(1).

STIPULATED MOTION AND ORDER
AMENDING COMPLAINT                                   -Page 1
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

Plaintiff Travis Glenn filed the original Complaint in this matter pro se on October 27, 2020. The Court granted Plaintiff's motion to appoint undersigned counsel on December 7, 2020, and the undersigned filed a Notice of Appearance on December 15, 2020. Counsel for the Plaintiff and for the Defendant met and conferred, then filed a Combined Joint Status Report and Discovery Plan on January 19, 2021, which indicated that the Plaintiff anticipates moving the Court for leave to amend the Complaint. On February 22, 2021, the Court issued an Order Setting Trial Date & Related Dates, including an April 1 deadline for filing amended pleadings.

Rule 15(a)(2) provides that a party may amend its pleading if the opposing party consents to the amendment in writing, or with the Court's leave. The Court "should freely give leave when justice so requires." *Id.* The opposing party in this case has reviewed the proposed Amended Complaint and consents to the amendment in writing, as indicated by counsel's signature below.

Respectfully Submitted this 31 day of March, 2021,

Allen McKenzie
*Attorney for the Plaintiff*

Agreed as to content and form:

*/s/ Kathryn Childers*
Kathryn Childers
*Attorney for the Defendant*

Date: 03/31/2021

**IT IS SO ORDERED**

Dated _____ March 31 _____, 2021.

STIPULATED MOTION AND ORDER
AMENDING COMPLAINT                     -Page 2
USDC 2:20-cv-01583-MJP

Law Offices of
**Kram & Wooster, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

*[signature]*
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER
AMENDING COMPLAINT
USDC 2:20-cv-01583-MJP

-Page 3

Law Offices of
**Kram & Wooster, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

~~IN THE~~

UNITED STATES DISTRICT COURT

~~IN THE~~ WESTERN DISTRICT OF WASHINGTON ~~STATE~~

AT SEATTLE

| TRAVIS GLENN | |
|---|---|
| PLAINTIFF ~~VS.~~ v. | |
| TRIDENT SEAFOOD COMPANY | CASE NO: 2:20-cv-01583-MJP |
| DEFENDANT | [PROPOSED] AMENDED COMPLAINT and Jury Demand |

~~COMPLAINT AT LAW AND IN EQUITY~~

~~AND~~

COMES NOW ~~comes~~ the Plaintiff, Travis Glenn, by and through ~~himself, pro se, to file the instant complaint and in support thereof avers as follows:~~

~~1. The Plaintiff initiates the instant litigation against the Defendant pursuant to their Employment rights as an employee of the Defendant and the various infringements of these rights over the course of various incidents of discrimination and unequal treatment resulting in the direct and proximate causation of damages to the Plaintiff who is consequently seeking relief in the instant matter with all evidence enclosed substantiating these claims herein.~~

AMENDED COMPLAINT                           Page 1
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

2. The matter has already been processed through the Equal Employment Opportunities Commission (EEOC) who have provided the Plaintiff with a right to sue letter which the Plaintiff is undersigned Court-appointed counsel, hereby exercising in amends the instant matter.

3. The Plaintiff is seeking any and all applicable relief in the instant matter including compensatory and / or punitive damages as well as any and all applicable relief including but not limited to declaratory and / or injunctive relief.

## JURISDICTION AND VENUE

4. Jurisdiction is proper Complaint he filed in this Court action pursuant to FRCP 15 and LCR 15. This Amended Complaint supersedes the original jurisdiction of this Court set forth in U.S.C. SS 118, 1391 and Title VII of the Civil Rights Act of 1964. Plaintiff and Defendant are diverse. Complaint.

5. Venue is proper because although the Plaintiff alleges that the facts and circumstances giving rise to their causes of action occurred in Aleutians East Borough, Alaska, United States. 28 U.S.C. SS Plaintiff is a resident of King County, Washington. 118, 1391. Defendant is also a subject to personal jurisdiction therein by virtue of their substantial, continuous, and systematic commercial activities in this district. See 28 U.S.C. § 1391(b), (c).

## I. PARTIES, JURISDICTION AND VENUE

6. PLAINTIFF. 1. Plaintiff Travis Milton Glenn resident in the instant district with an address of is a Black male residing at 2708 Webber Court, Steilacoom, WA 98388.

7. DEFENDANT 2. Defendant Trident Seafoods, Inc., conducting is the largest seafood company in the United States. It is based in Seattle, Washington, and conducts business in the instant district with a headquarters addressed at 5303 Shilshole Ave. NW, WA, Seattle, WA 98107.

AMENDED COMPLAINT -Page 2
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "J" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

3. Jurisdiction is proper pursuant to 28 U.S.C. § 1331.

4. Venue is proper pursuant to 28 U.S.C. §§ 1391 (b)(1), (c)(2).

## II. **STATEMENT OF FACTS**

81. The Plaintiff began ~~their~~his employment with Defendant Trident Seafoods in January 2019 as a Production Processor. Shortly thereafter, ~~they were~~he was promoted to a Timekeeper.

9.2. On July 4, 2019, the Plaintiff attended a work barbecue where Robert ~~G.~~Garcia, Shipping Manager, made comments to the Plaintiff such as "we try to keep people like you out", and "we don't want you people to take over~~"~~." The Plaintiff notified the Safety Manager, Shane Flamaino, about ~~the~~this disturbing interaction.

~~10~~3. On July 6, 2019, the Plaintiff entered the recreation room attached to the dorms where several coworkers were spending their time. The Plaintiff was there briefly, left, and returned to find a yellow rope fashioned into a noose in the exact place where the Plaintiff had been sitting.

~~11~~4. The Plaintiff immediately contacted the Housing Manager, Jose, and a Safety Manager, Adrian Silla, about the ~~incident~~noose, and the Plaintiff wrote a statement. The Plaintiff had not heard anything for a couple of days in response to this and decided to file a police report.

~~12~~5. Both the noose incident and the barbecue incident constituted conduct that was unwelcome; that was because of the Plaintiff's race; that affected the terms of the Plaintiff's employment – especially considering the symbolism of nooses given their association with the frequent and horrific lynchings of Black men throughout American history - and also due to the fact that the noose was physically threatening and humiliating, and the placement on the Plaintiff's seat was threatening. Plaintiff was the only black employee present in the break room when this occurred..

AMENDED COMPLAINT -Page 3
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

6. The Plaintiff complained to the Defendant about experiencing racially discriminatory treatment.

7. Having received the Plaintiff's complaints of racially discriminatory treatment, the Defendant failed to take reasonably prompt corrective action to address Plaintiff's legitimate concerns or to reinforce the message that such conduct will not be tolerated by Defendant.

8. The Defendant never informed the Plaintiff about any investigative steps taken, either with respect to the barbecue incident or with respect to the noose incident; nor did the Defendant inform the Plaintiff about the results of any such investigation; nor did the Plaintiff inform the Defendant what corrective measures, if any, were taken to address the incidents; nor did the Defendant express any concern about the Plaintiff's well-being following the above-referenced incidents.

9. Shortly ~~thereafter~~after the noose incident, the Plaintiff was informed by a coworker that there was a group of ~~Ukranian facist~~Ukrainian fascist individuals in the facility who had animus towards minorities (black people) and that the Plaintiff should be careful around the Shipping Manager on site, Mr. Garcia.

~~13~~10. On or about July ~~21st~~14, 2019, the ~~a~~ Plaintiff was on called a "Sissy" numerous times in front of ~~is~~his co-workers by the Shipping Manager Robert ~~G~~Garcia. The Plaintiff wrote a complaint and no action was taken~~.~~ by Defendant on Plaintiff's complaint.

~~14~~11. On or around July ~~22~~15, 2019, the Plaintiff was ~~demoted~~removed from his timekeeper position and returned to processing seafood full-time, allegedly for missing one shift ~~after already~~despite having requesting the day off due to the hostile work environment. The Plaintiff is aware of others having not been demoted or even disciplined for multiple incidents of tardiness or absenteeism ~~which constitutes an act of unequal treatment of individuals similarly situated on~~

AMENDED COMPLAINT　　　　　　　　　Page 4
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

1  ~~the basis of race *prima facie*.~~. **The Plaintiff believes** ~~the demotion~~this adverse employment action
2  **was** in fact taken **in retaliation for the written report he submitted the night prior about the**
3  **harassment from the Shipping Manager Robert** ~~G~~Garcia, and / or for speaking up in opposition to
4  Robert Garcia's discriminatory comments at the July 4, 2019, barbecue, and / or for complaining
5  about the July 6, 2019, noose incident.
6  12.  The Plaintiff engaged in statutorily protected opposition activity; the Defendant knew or
7  suspected that the Plaintiff had engaged in protected activity; an adverse action, i.e., a "tangible
8  change in employment status" was taken; and the statutorily protected activity was a substantial
9  factor in the Defendant's decision to take the adverse employment action.
10 13.  The Plaintiff was doing satisfactory work prior to the change in employment status.
11 14.  The Defendant deliberately made the working conditions intolerable for the Plaintiff.
12 15.  A reasonable Black person in the Plaintiff's situation would have considered the Defendant's
13 failure to investigate or to apprise the Plaintiff of the progress of any ongoing investigation into
14 an incident as serious as the noose incident to be intolerable, and would have been forced to
15 resign as a result.
16 16. A reasonable person in the Plaintiff's situation would find the complete lack of concern
17 expressed by management for the Plaintiff's well-being following such an incident as harrowing
18 as the noose incident to be to be intolerable, and would have been forced to resign as a result.
19 17. A reasonable person in the Plaintiff's situation would have considered retaliation for
20 elevating his concerns about Robert Garcia's discriminatory and hostile treatment of him to be
21 intolerable, and would have been forced to resign as a result.  This is true because the working
22 conditions deteriorated, as a result of discrimination, to the point they became sufficiently

AMENDED COMPLAINT                               -Page 5
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

1  egregious to overcome the normal motivation of any competent, diligent, and reasonable
2  employee to remain on the job to earn a livelihood and to serve their employer.
3  18. 15. The Plaintiff had no other reason to want to leave the Defendant's employ other that the
4  intolerable conditions he was experiencing.
5  19. **The Plaintiff informed Laura Schmidt in Human** ResourceResources **of the issues** shortly
6  thereafterherein on or about July 21, 2019. **Schmidt unilaterally purchased the Plaintiff a plane**
7  **ticket home thereby implicating the termination of** their employmentthe Plaintiff's employment
8  and acknowledging the hostile work environment Plaintiff had been enduring. .
9  20. The Defendant was not justified in discharging the Plaintiff (constructively or otherwise)
10 21. The Plaintiff suffered damages as a result of the termination of his employment. These
11 damages will be proven at the time of trial but shall include non-economic damages such as
12 mental anguish, humiliation, loss of professional standing; and economic damages including
13 back pay and benefits, loss of front pay and benefits.
14
15 22 16. July 23rd the day before the Plaintiffs departure. The Plaintiff was followed by two men
16 into a bathroom at the local pub and grill on Trident property. The two men attacked the Plaintiff
17 while yelling out racial slurs.
18 17. **The** Defendant's conduct reflected a reckless or callous indifference to the Defendant's
19 protected rights.  As such, **Plaintiff** is unaware of any response taken with regards of the
20 complaints that were filed about the various incidents that have taken place.
21 shall also be entitled to 18. The Plaintiff avers that they were constructively discharged, the
22 evidence of unequal treatment and negligence with regards to the maintenance of a workplace
23 environment free of hazards and / or discriminatory treatment, as in this case, constitutes tortious
24 conduct actionable in this Court of law specifically.
25

AMENDED COMPLAINT                    -Page 6
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

~~19. To wit, the Plaintiff demands compensatory damages and~~ punitive damages ~~in an amount to be determined in a trial by jury.~~

~~COUNT I~~

~~UNLAWFUL DISCRIMINATION IN THE WORKPLACE~~

~~PURSUANT TITLE VII OF THE CIVIL RIGHTS ACT OF 1964~~

~~20. The Plaintiff hereby references and incorporates Paragraphs~~ III. CAUSES OF ACTION ~~1 through 19 as if though fully set forth at length.~~

~~21. The Plaintiff points to four separate incidents in which racial motive was explicitly identified as the factor influencing the conduct engaged in to support their claims of unequal treatment in the workplace based on race~~

~~(1) The specific quotes made by Robert G., Shipping Manager, to the Plaintiff such as "we try to keep people like you out", and "we don't want you people to take over". Calling the Plaintiff "Sissy" numerous times in front of peers~~

~~(2) The placement of the noose in the seat where the Plaintiff was sitting in the room they were in prior to briefly leaving and returning to the same room~~

~~(3) The attack at the local pub and restaurant~~

~~(4) The various other acts and conduct engaged in resulting in the constructive termination of the Plaintiff without reason or alternative~~

~~22. Based on the aforementioned explicitly identifiable facts, the Plaintiff avers that enough evidence exists through their wrongful termination without basis and claims made herein to demonstrate a plausible case for unequal treatment on the basis of race in the workplace to which a jury can reasonably determine via a preponderance of the evidence that unequal treatment has~~

AMENDED COMPLAINT                    Page 7
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

~~taken place in this workplace and that the Defendant organization had failed in their duties and obligations to maintain an environment free from discrimination in such a blatant manner.~~

~~23. The Plaintiff points to the blatancy of the racism and hatred that is allowed to manifest itself in this environment and workplace to support their request for a judgment via a preponderance of the evidence in the instant matter. Witnesses to these matters include Witnesses to this include: Jennifer Petty, Nina Samatailo, Andre Brown, Joseph Bison, Robert Gracia, Annabelle Magsino, Shane Flaminio, Sand Point, Alaska Police Department~~

~~24. Consequently, the Plaintiff seeks any and all applicable relief including compensatory and punitive damages as well as any and all other relief that may be deemed applicable.~~

## COUNT II

## GROSS NEGLIGENCE

~~25.~~ The Plaintiff hereby references and incorporates Paragraphs 1 through ~~24~~22 of Section II., *supra*, as ~~if~~ though fully set forth at length.

2. The Defendant subjected the Plaintiff to a racially discriminatory hostile work environment.

3. The Defendant retaliated against the Plaintiff for voicing his concerns that he was being subjected to a racially discriminatory hostile work environment.

4. The Defendant wrongfully constructively discharged the Plaintiff.

5. The Plaintiff is entitled to payment from and judgment against Defendant under the Washington Law Against Discrimination, RCW 49.60 *et seq.*

6. The Plaintiff is entitled to judgment against and payment from Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e) et. seq.

AMENDED COMPLAINT                    -Page 8
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

7. The Plaintiff is entitled to judgment against and payment from Defendant under 42 U.S.C. § 1981.

## IV. PRAYER FOR RELIEF

26. ~~The Defendants had a duty to maintain a workplace environment free from discrimination throughout the period of the Plaintiff's employment, a duty that was obviously breached in the instant matter.~~

27. ~~Specifically, the Defendant was notified in reports numerous times of statements made demonstrating a culture of inequality in the workplace, to the point of the placement of a noose in the seat of the Plaintiff which is inexcusable by all means to allow, and yet the Defendant intentionally chose not to act with this knowledge and information, and instead went further to terminate the Plaintiff constructively without basis as opposed to fulfilling their duties and obligations to maintain a workplace environment that is free from discrimination and racism.~~

28. ~~Consequently, the Plaintiff is entitled to compensatory and punitive damages as prescribed by law if they are able to sustain a finding before a jury via preponderance of the evidence that the Defendant's breached their obligations and duties in this regard.~~

29. ~~Should a finding of gross negligence be found in their favor in a trial by jury, the Plaintiff would then be entitled to any and all compensatory and / or punitive damages found by the jury with regards to the facts and matters claimed herein.~~

## COUNT III

### WRONGFUL TERMINATION OF EMPLOYMENT

30. ~~The Plaintiff hereby references and incorporates Paragraphs 1 through 29 as if though fully set forth at length.~~

AMENDED COMPLAINT                   Page 9                  Law Offices of
USDC 2:20-cv-01583-MJP                                      Kram & Wooster, P.S.
                                                            1901 SOUTH "I" STREET
                                                            TACOMA, WASHINGTON 98405
                                                            (253) 572-4161 Tacoma
                                                            (253) 572-4167 Facsimile

~~31. The Plaintiff points to the various unanswered acts of unequal treatment in the workplace environment to support their claims that they were constructively terminated without just cause.~~

~~32. The Plaintiff points further to the lack of discipline of other non-minority employees for the same minor infractions that the Plaintiff is held accountable to to substantiate their claim that they were constructively terminated without cause.~~

~~33. Even further, the Plaintiff points to the lack of just cause provided for their termination to substantiate their claims that they were wrongfully terminated without cause.~~

~~34. Consequently, the Plaintiff is seeking any and all necessary and applicable relief.~~

WHEREFORE, the Plaintiff prays for relief as follows:

1. Back pay and benefits in an amount to be proven at time of trial.

2. Front pay and benefits in an amount to be proven at time of trial.

3. Damages for non-economic items including, but not limited to, emotional distress, humiliation, mental anguish, and loss of professional standing to be proven at the time of trial.

4. Punitive damages, to be determined by the jury.

5. Prejudgment interest in an amount to be proven at time of trial.

6. An amount to offset the adverse tax consequences of receiving a lump sum award.

7. Costs and reasonable attorney's fees as allowed by the Washington Law Against Discrimination and 42 U.S.C. § 1988, including expert witness fees.

8. For injunctive and equitable relief as the Court may determine to address the discriminatory conditions at Trident Seafoods.

9. That these pleadings be deemed to comport with the proof presented at the time of trial and developed through discovery.

10. For such other relief as the Court deems just and equitable.

AMENDED COMPLAINT                     Page 10
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

## V. JURY TRIAL DEMANDED

~~35~~1. The Plaintiff hereby demands a trial by jury with regards to all matters contested herein.

~~PRAYER FOR RELIEF~~

~~WHEREFORE, the Plaintiff prays that this Honorable Court enter judgment against the Defendant as follows:~~

~~(1) DECLARATORY JUDGMENT – in favor of the Plaintiff in the amount of 50 million dollars.~~

~~(2) COMPENSATORY DAMAGES – in an amount to be determined in a trial by jury.~~

~~(3) PUNITIVE DAMAGES – in an amount to be determined in a trial by jury.~~

AMENDED COMPLAINT -Page 11
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

~~DATED: October 15, 2020~~    Respectfully Submitted this ____ day of _____, 2021,

~~IN THE UNITED STATES DISTRICT COURT~~

~~IN THE WESTERN DISTRICT OF WASHINGTON STATE~~

~~TRAVIS GLENN,~~

~~PLAINTIFF,~~

AMENDED COMPLAINT — Page 12
USDC 2:20-cv-01583-MJP

Law Offices of
Kram & Wooster, P.S.
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile

1 ~~VS.                                          : CASE NO:~~

2 ~~TRIDENT SEAFOOD COMPANY      :~~

3 ~~DEFENDANT                                   :~~

4
## ~~CERTIFICATE OF SERVICE~~
5

6 ~~I hereby certify that the accompanying Complaint At Law And In Equity has been served upon~~

7 ~~the following Defendants via first class certified mail on this 15th date of October 2020:~~

8

9

10

11 ~~Dated: October 15, 2020                    Respectfully Submitted,~~

12

...

24
## ~~IN THE UNITED STATES DISTRICT COURT~~
25

AMENDED COMPLAINT                      Page 13                  Law Offices of
USDC 2:20-cv-01583-MJP                                          Kram & Wooster, P.S.
                                                                1901 SOUTH "I" STREET
                                                                TACOMA, WASHINGTON 98405
                                                                (253) 572-4161 Tacoma
                                                                (253) 572-4167 Facsimile

1  ~~IN THE WESTERN DISTRICT OF WASHINGTON STATE~~

2

3  ~~TRAVIS GLENN~~                              :

4  ~~    PLAINTIFF~~                             :

5  ~~          VS.~~                             : ~~CASE NO:~~

6  ~~TRIDENT SEAFOOD COMPANY~~                   :

7  ~~    DEFENDANT~~                             :

8

9  ~~NOTICE TO DEFEND~~

10
   ~~You have been sued in court. If you wish to defend against the claims set forth in the following~~
11
   ~~pages, you must take action within twenty (20) days after this complaint and notice are served,~~
12
   ~~by entering a written appearance personally or by attorney and filing in writing with the court~~
13
   ~~your defenses or objections to the claims set forth against you. You are warned that if you fail to~~
14
   ~~do so the case may proceed without you and a judgment may be entered against you by the court~~
15
   ~~without further notice for any money claimed in the complaint or for any other claim or relief~~
16
   ~~requested by the plaintiff. You may lose money or property or other rights important to you.~~
17

18
   ~~YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT~~
19 ~~HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS~~
   ~~OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.~~
20
   ~~IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO~~
21 ~~PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL~~
   ~~SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.~~
22
           ~~LAWYER REFERENCE SERVICE COUNTY BAR ASSOCIATION~~
23                          ~~Local Bar Association~~

24

25

AMENDED COMPLAINT                    Page 14            Law Offices of
USDC 2:20-cv-01583-MJP                               Kram & Wooster, P.S.
                                                    1901 SOUTH "I" STREET
                                                 TACOMA, WASHINGTON 98405
                                                    (253) 572-4161 Tacoma
                                                    (253) 572-4167 Facsimile

/s/ Allen McKenzie
Allen McKenzie WSBA #48703
*Attorney for the Plaintiff*

USDC 2:20-cv-01583-MJP

Law Offices of
**Kram & Wooster, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 572-4167 Facsimile