The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT

IN THE WESTERN DISTRICT OF WASHINGTON STATE

| | |
|---|---|
| TRAVIS GLENN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRIDENT SEAFOOD COMPANY,<br><br>　　　　Defendant. | No. 2:20-cv-01583 MJP<br><br>STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINES – SO ORDERED<br><br>NOTE ON MOTION CALENDAR:<br><br>September 29, 2021 |

### I.　　STIPULATED MOTION

Pursuant to Local Rule 10(g) for the Western District of Washington, Plaintiff Travis Glenn ("Glenn") and Defendant Trident Seafood Company ("Trident") by and through their respective attorneys, hereby submit this stipulated motion requesting the Court to extend the discovery cut off date by 60-days, from November 12, 2021 to January 10, 2022, and to extend the deadline for filing and noting all motions related to discovery from October 13, 2021, to December 12, 2021. This case concerns employment discrimination and retaliation that allegedly occurred in Sand Point, Alaska.

Trident is a seafood harvesting and processing company based in Seattle, Washington, with operations in various remote locations of Alaska which function seasonally. Glenn was hired to work on the production line in Sand Point, Alaska in 2019 as a seafood processor. Glenn seeks to take a number of depositions of processors and managers who are currently based in two remote locations, Sand Point and Akutan, Alaska. At this time, Trident's employees are at the height of the processing season and are working long hours and are moving between plants. Additionally,

STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE- 1
USDC 2:20-cv-01583-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4851-6238-1821.1

due to the remote location internet and cell coverage are spotty.

Trident needs time to prepare its employees for depositions, including discussing the process, each employee's role, and making them available for a video or audio depositions. Given the long shifts, scarce reception, and time difference between Alaska and Washington, scheduling depositions will take more time than usual. If reception cuts out, the depositions may need to be rescheduled or extended.

Additionally, a key witness to the matter, Maskym Khoroshevsky, has returned home to Ukraine and Trident is currently looking to locate him, contact him, and ensure his availability. He will likely be returning to Alaska in January to work for Trident in its next fishing season.

Federal Rule of Civil Procedure 16(b)(4) governs the modification of scheduling orders and discovery plans. It provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The good cause inquiry focuses primarily on the movant's diligence. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). Local Rule 10(g) supplements Fed. R. Civ. P. 16 and provides "[i]f a stipulated motion would alter dates or schedules previously set by the court, the parties shall clearly state the reasons justifying the proposed change." Local Rule 16(b)(5) provides that "[m]ere failure to complete discovery within the time allowed does not constitute cause for an extension or continuance".

There is good cause for a short discovery extension, and this is not a case of "mere failure to complete discovery". The circumstances of the case are unique, and the parties have not neglected the case. In fact, the parties have forged a good working relationship to obtain what the parties agree is relevant information in the matter, but due to the nature of the Pollock fishing season, which Trident is currently processing, depositions have been difficult to schedule. From June through the end of October the Pollock fishing season is at its busiest and requires employees to be in remote areas of Alaska which have spotty internet coverage. Further, this time of season requires all employees to work long days and frequently run into overtime.

Furthermore, until recently, Trident has been supplementing its discovery responses in response to Glenn's objections to those responses. Trident just recently completed its

STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE- 2
USDC 2:20-cv-01583-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4851-6238-1821.1

supplementation and this, too, needed to precede depositions, making it difficult to schedule depositions before this time.

In addition, one of the employees, whose deposition is essential, Maskym Khoroshevsky, has returned home to Ukraine as his work visa was expiring. Although Glenn requested (more than once) Mr. Khoroshevsky's deposition before he left the country, Trident could not get the information relayed to Mr. Khoroshevsky before he was laid off and required to return to Ukraine. Trident is working to track him down and hopes he will return for the fishing season beginning in January. Thus allowing a discovery extension will provide Plaintiff the proper time to obtain Khoroshevsky's deposition.

Trial is scheduled for April 11, 2022. Discovery will still be completed three months in advance so a discovery extension will not cause delay. As such, the parties respectfully request a 60-day extension of the discovery cutoff date to allow depositions of key employees to occur without causing undue burden on Trident's current season, and a concomitant 60-day extension of the discovery motions date.

DATED this 29th day of September, 2021

*Presented by:*

| Kram & Wooster, P.S. | Lewis Brisbois Bisgaard & Smith, LLP |
|---|---|
| *Allen McKenzie* | *Benjamin J. Stone* |
| Allen McKenzie, WSBA #48703 | Benjamin J. Stone, WSBA # 33436 |
| 1901 South I. Street | 1111 Third Avenue, Suite 2700 |
| Tacoma, WA 98405 | Seattle, WA 98101 |
| (253) 572-4161/ (253) 572-4167 (fax) | (206) 436-2020 / (206) 436-2030 Fax |
| Allen@kjwmlaw.com | benjamin.stone@lewisbrisbois.com |
| Attorney for Plaintiff | Attorney for Defendant |

**IT IS SO ORDERED**
Dated this 4th day of October, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE- 3
USDC 2:20-cv-01583-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4851-6238-1821.1