1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>               Plaintiff,<br><br>   v.<br><br>TRIDENT SEAFOOD COMPANY,<br><br>               Defendant. | CASE NO. C20-1583 MJP<br><br>ORDER DENYING MOTION TO WITHDRAW AS APPOINTED COUNSEL AND MOTION FOR NEW TRIAL DATE |

This matter is before the Court on two motions by Plaintiff's court-appointed counsel. (Dkt. Nos. 39, 40.) The Court DENIES the motions without prejudice.

This is an employment discrimination case in which the Court granted Plaintiff's motion to appoint counsel. (Dkt. Nos. 16, 17.) Plaintiff's counsel asks the Court to withdraw due to "professional considerations" and also asks for a new trial date to give time for Plaintiff to find a new attorney. (Dkt. Nos 39, 40.) The only explanation Plaintiff's counsel provides is that "professional considerations require counsel to withdraw." (Dkt. No. 39 at 1.) That is not enough of an explanation for the Court to find good cause. See LCR 83.2(b) ("The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil

1    case"). Discovery closed on January 10, 2022. Trial is scheduled for April 11, 2022. (Dkt. No.
2    22.) The motions are DENIED without prejudice.
3           The clerk is ordered to provide copies of this order to all counsel.
4           Dated January 12, 2022.

6           Marsha J. Pechman
             United States Senior District Judge