UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN, | CASE NO. C20-1583 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRIDENT SEAFOOD COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, United States Senior District Judge:

Plaintiff's counsel has filed a motion asking the Court to reconsider its order denying his motions to withdraw and for a new trial date. (Dkt. No. 42.) The Court cannot grant a motion for reconsideration without giving the parties an opportunity to respond. LCR 7(h)(3). The Parties shall file their response, if any, on or before January 21, 2022. Plaintiff's counsel shall file a reply, if any, on or before January 25, 2022. The motion for reconsideration is re-noted to January 25, 2022.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 14, 2022.

                        Ravi Subramanian
                        Clerk of Court

                        s/Serge Bodnarchuk
                        Deputy Clerk

MINUTE ORDER - 2