UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIDENT SEAFOOD COMPANY,<br><br>    Defendant. | CASE NO. C20-1583 MJP<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter is before the Court on Plaintiff's motion for summary judgment. (Dkt. No. 45.) Plaintiff is currently represented by court-appointed counsel. (Dkt. No. 17.) The Court denied his attorney's motion to withdraw. (Dkt. No. 41.) The motion for reconsideration on that order filed by Plaintiff's counsel is pending. (Dkt. Nos. 42, 43, 44.) At this time, Plaintiff is still represented and may not file a motion on his own:

> When a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se; provided, that the court may in its discretion hear a party in open court, notwithstanding the fact that he or she is represented by an attorney.

ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

1 | LCR 83.2(b)(5). Therefore, the Court STRIKES Plaintiff's motion for summary judgment
2 | without prejudice.
3 |     The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
4 |     Dated this 19th day of January, 2022.

*[signature]*

James L. Robart
United States Senior District Judge