UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN, | CASE NO. C20-1583 MJP |
| Plaintiff, | ORDER GRANTING MOTION FOR RECONSIDERATION |
| v. | |
| TRIDENT SEAFOOD COMPANY, | |
| Defendant. | |

This matter is before the Court on a motion for reconsideration by Plaintiff's counsel. (Dkt. No. 42.) After considering the motion and Defendant's Response, (Dkt. No. 44), the Court GRANTS the motion.

Although motions for reconsideration are disfavored, see LCR 7(h), the Court finds counsel's further explanation for his request to withdraw to be sufficient. (See Dkt. No. 42 at 2 (quoting Wash. Rules of Prof'l. Conduct R. 1.16, cmt. 3).) Taking note that the request for a new trial date is unopposed by Defendant, the Court VACATES the current trial schedule. This

ORDER GRANTING MOTION FOR RECONSIDERATION - 1

case is STAYED for 30 days so that Plaintiff may seek new counsel. After that time, the Court will issue a new schedule.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated February 7, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR RECONSIDERATION - 2