1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Travis Glenn,

                Plaintiff,

     v.

Trident Seafood Company,

                Defendant.

CASE NO. C20-1583 MJP

ORDER LIFTING STAY

This matter is before the Court sua sponte.  The Court stayed this case for 30 days so that Plaintiff could seek new counsel after his attorney withdrew.  (Dkt. No. 47.)  Before the stay had been lifted, Plaintiff filed a motion for summary judgment.  (Dkt. No. 48.)  It appears that Plaintiff intends to proceed without an attorney.  Therefore, the stay is unnecessary and is hereby lifted.

Plaintiff noted his motion for March 14, 2022.  Because Defendant may not have known whether to respond to the motion, given the stay in effect, the Court re-notes Plaintiff's motion to March 25, 2022.  Defendant shall respond according to the Local Civil Rules.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

1

Dated February 25, 2022.

2

3

Marsha J. Pechman
United States Senior District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER LIFTING STAY - 2