|   |   |
|---|---|
|   |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| Travis Glenn, | CASE NO. C20-1583 MJP |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DECISION ON SUMMARY JUDGMENT |
| v. | |
| Trident Seafood Company, | |
| Defendant. | |

This matter is before the Court on Plaintiff's motion, which he has titled "motion for commencement of the action of summary judgment." (Dkt. No. 50.) The Court DENIES the motion.

It appears that Plaintiff is asking the Court for a decision on his motion for summary judgment. He notes Defendant has not yet responded to the motion, even though it was originally noted for March 14, 2022. A failure to respond can be taking as an admission that a motion has merit, but the Court must still decide the merits of any motion before it. However, Plaintiff appears to have missed the Court's order re-noting the motion to March 25.

When Plaintiff filed his motion for summary judgment, this case was stayed, meaning that it was on pause and there were no deadlines. The Court had stayed the case for 30 days to give Plaintiff time to seek counsel after his attorney withdrew. (Dkt. No. 47.) Plaintiff filed his motion for summary judgment before the 30 days were up. The Court then lifted the stay because it was clear Plaintiff intended to proceed on his own. The Court also re-noted the motion for summary judgment to March 25, because Defendant may not have known whether to respond to the motion, given the stay in effect at the time.

At this time, Plaintiff's motion will be ripe for decision on March 25. Under the local rules, Defendant's response is due March 21 and Plaintiff's reply is due March 25. Local Civ. R. 7(d)(3). Once the motion is fully briefed, the Court will decide it in due course, ordinarily within 30 days of the noting date. It is premature to rule on the motion for summary judgment at this time and the Court DENIES Plaintiff's motion for a decision.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated March 14, 2022.

Marsha J. Pechman
United States Senior District Judge