1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   Travis Glenn,                                    CASE NO. C20-1583 MJP

11                          Plaintiff,               ORDER SETTING STATUS
                                                     CONFERENCE ON PLAINTIFF'S
12          v.                                       MOTION FOR RELIEF

13   Trident Seafood Company,

14                          Defendant.

15          This matter is before the Court on Plaintiff's motion for relief regarding the costs of

16   deposition transcripts in connection with his pending motion for summary judgment.  (Dkt. No.

17   60.)  The Court also notes Defendant's response.  (Dkt. No. 61.)  The parties are directed to

18   appear at a status conference by phone, to be arranged by the courtroom deputy, to discuss the

19   motion.  Before the conference, Plaintiff is encouraged to contact his former attorney, Allen

20   Robert McKenzie, of Kram & Wooster, P.S., and request copies of all deposition transcripts in

21   his possession.

22          At or before the conference, the parties shall inform the Court of the following:

23          •   Identify all parties and witnesses for which depositions were taken;

24

1    • Identify which deposition transcripts were ordered;

2    • Clarify whether Plaintiff's former attorney, Allen Robert McKenzie, of Kram &
       Wooster, P.S., has any deposition transcripts in his possession, and whether
3      Plaintiff has requested those transcripts from him;

4    • Identify which deposition transcripts Plaintiff needs to prepare his reply for his
       motion for summary judgment; and
5
     • Clarify whether Plaintiff needs more time for his reply and, if so, how much more
6      time.

7    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

8    Dated March 25, 2022.

9

10                              Marsha J. Pechman
                                United States Senior District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER SETTING STATUS CONFERENCE ON PLAINTIFF'S MOTION FOR RELIEF - 2