UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN, | CASE NO. C20-1583 MJP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |
| v. | |
| TRIDENT SEAFOOD COMPANY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Compel. (Dkt. No. 78.) Having reviewed the Motion and Defendant's Opposition (Dkt. No. 78), the Court DENIES the Motion.

Plaintiff asks the Court to compel Defendant to communicate with Plaintiff regarding his offers to settle, which he claims Defendant has not responded to. (Mot. to Compel). In response, Defendant states that it has offered to proceed to mediation, but contends Plaintiff has not accepted. This Court does not force mediation or communication between parties. To the extent

1 | that there is a disconnect in the parties' communication, this Court encourages the parties to
2 | communicate more openly. As a matter of curtesy and professionalism, requests to speak or have
3 | contact should be acknowledged or responded to within 24 hours of their receipt.
4 |     The clerk is ordered to provide copies of this order to all counsel.
5 |     Dated July 14, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL - 2