UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN, <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>TRIDENT SEAFOODS CORPORATION, <br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-01583-MJP <br><br> ORDER ON PARTIES' STIPULATED DISMISSAL |

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal. (Dkt. No. 82.) The Court, having reviewed the Motion and being fully advised, GRANTS the Parties' Motion.

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff Travis Glenn and Defendant Trident Seafoods Corporation in the above entitled action are dismissed with prejudice as to all parties, and without award of costs or fees to either of the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated July 29, 2022.

                                         Marsha J. Pechman
                                         United States Senior District Judge